

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

March 14, 2022

VIA ECF
Hon. Ronnie Abrams
United States District Judge
United States District Court
40 Foley Square
New York, New York 10007

      Re:  *Bing Bing Yu v. Cardinale*, 22 Civ. 341 (RA)

Dear Judge Abrams:

      This Office represents the government in the above-referenced action, in which the plaintiff seeks an order compelling U.S. Citizenship and Immigration Services ("USCIS") to adjudicate an Application to Register Permanent Residence or Adjust Status (Form I-485) and three Refugee / Asylee Relative Petitions (Form I-730).  On behalf of the government, I write respectfully to request a 60-day extension of the government's time to respond to the complaint, from March 17, 2022, to May 16, 2022.  I also respectfully request that the initial conference presently scheduled for April 8, 2022, be adjourned to the week of May 30, 2022, or thereafter.  Plaintiff consents to both of these requests.

      I request this extension because the extra time will allow USCIS to review the Forms I-730 and determine whether additional information is needed to take adjudicative action that potentially could render this action moot.[1]  This is the government's first request for an extension of the deadline to respond to the complaint and an adjournment of the initial conference.  As noted, Plaintiff consents to both requests.

      I thank the Court for its consideration of this letter.

Application granted. The initial
conference is hereby adjourned to
June 17, 2022 at 10:30 a.m.

SO ORDERED.

Hon. Ronnie Abrams
3/15/22

Respectfully Submitted,

DAMIAN WILLIAMS
United States Attorney

By:   s/ *Jacqueline Roman*
     JACQUELINE ROMAN
     Special Assistant United States Attorney
     86 Chambers Street, 3rd Floor
     New York, New York 10007
     Telephone: (347) 714-3363
     E-mail: jacqueline.roman@usdoj.gov
     *Attorney for Defendant*

      cc:  Counsel of record (via ECF)

---

[1] USCIS issued a Request for Evidence relating to the Form I-485 and is waiting for Plaintiff's response.